# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Byrd Enterprises Unlimited, Inc. | ) | ASBCA No. 59042 |
| | ) | |
| Under Contract Nos. FA4600-08-C-0002 | ) | |
| FA4600-08-P-0002 | ) | |

APPEARANCE FOR THE APPELLANT:       John W. Francisco, Esq.
                                    Edmunds & Williams
                                    Lynchburg, VA

APPEARANCES FOR THE GOVERNMENT:     Lt Col James H. Kennedy III, USAF
                                    Air Force Chief Trial Attorney
                                    William M. Lackermann, Jr., Esq.
                                    Senior Trial Attorney
                                    Anna F. Kurtz, Esq.
                                    Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 18 September 2014

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59042, Appeal of Byrd Enterprises Unlimited, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals